UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:14CV102

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | ENTRY |
| | ) | |
| v. | ) | OF DEFAULT |
| | ) | |
| $26,838.00 IN UNITED STATES | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | | |

UPON MOTION and showing by the United States that it has published notice of this action as required by law and that personal notice has either been accomplished or attempted as evidence by the underlying Motion and the record, including the Court's file, and that

## ALL PERSONS AND ENTITIES

have not filed any response, claim, or other pleading in this matter, or such pleading has been dismissed, it appears that there has been failure to plead or otherwise defend as required applicable rules and statutes, and, therefore, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk hereby enters default against such potential claimants.

Frank G. Johns, Clerk
United States District Court

1